**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 4:20-cr-00058-SEP (NAB) |
| ) | |
| ANTONIO TAYLOR, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

The Court referred this matter to United States Magistrate Judge Nannette A. Baker for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On June 14, 2022, Judge Baker filed her Report and Recommendation, recommending that Defendant's Motion to Suppress Evidence and Statements (Doc. [54]) should be denied. Doc. [105].

Defendant objects to the Report and Recommendation by raising the same arguments made before Judge Baker. This Court has conducted a de novo review of all matters relating to Defendant's Motion and objections, including a thorough review of the transcripts of the evidentiary hearings held in front of Judge Baker, as well as the parties' briefings. After careful deliberation, the undersigned will adopt and sustain Judge Baker's thorough and well-considered Report and Recommendation in its entirety and deny the Motion to Suppress Evidence and Statements. The Court agrees with Judge Baker's analysis and conclusion that Mr. Taylor was not being interrogated when he made the statement at issue concerning guns and drugs, and therefore, there was no violation of his Fifth Amendment rights against self-incrimination, and his statement should not be suppressed on that basis. The Court further agrees that the attenuation doctrine applies in the circumstances of this case, and evidence obtained following the use of cell site location information and the cell site simulator should not be suppressed.

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Nannette A. Baker (Doc. [105]), filed June 14, 2022, be and hereby is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence and Statements (Doc. [54]) is **DENIED**.

Dated this 23rd day of August, 2022.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE